UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD DONTE LYNN BRADFORD, <br> Plaintiff, <br> v. <br> COUNTY OF CONTRA COSTA, <br> Defendant. | Case No. 21-06724 BLF <br><br> **JUDGMENT** |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to file a proper complaint and pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  __November 1, 2021__

BETH LABSON FREEMAN
United States District Judge